Decided April 8, 1998

---

### STATE OF CONNECTICUT *v.* ADAM CARMON

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 813 (AC 16414), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*Suzanne Zitser*, assistant public defender, in support of the petition.

*James A. Killen,* assistant state's attorney, in opposition.

Decided April 8, 1998